1  MATTHEW L. SHARP, ESQ.
   Nevada State Bar #4746
2  Matthew L. Sharp, Ltd.
   432 Ridge Street.
3  Reno, NV 89501
   T: (775) 334-1500
4  F: (775) 284-0675

5  J. MITCHELL COBEAGA, ESQ.
   Nevada State Bar #177
6  The Cobeaga Law Firm
   550 E. Charleston Blvd., Suite D
7  Las Vegas, NV 89104
   T: (702) 240-2499
8  F: (702) 240-2489
   *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARSHAL S. WILLICK, individually; and MARSHAL S. WILLICK, PROF. CORP., a Nevada Professional Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, a New York corporation; GENERAL STAR NATIONAL INSURANCE COMPANY; an Ohio corporation; and DOES I through XXX, inclusive,<br><br>Defendants. | CASE NO.   2:11-cv-01002-GMN-CWH<br><br>ORDER ON<br>MOTION FOR DETERMINATION<br>OF GOOD FAITH SETTLEMENT |

**[PROPOSED] ORDER ON
MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

Plaintiffs MARSHAL S. WILLICK, and MARSHAL S. WILLICK PROF. CORP.'s Motion for Determination of Good Faith Settlement, having been submitted; and the Court having received no opposition to the Motion; and no opposition was voiced by any of the parties appearing at the status check of November 2, 2012; and the Court having considered the factors under *DUK v. MGM Grand Hotel, Inc.*, 320 F.3d 1052 (9th Cir. 2003), as well as other authority

1

cited in the Motion; the Court hereby finds that the settlement amount and terms were just and reasonable; and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Determination of Good Faith Settlement is GRANTED;

IT IS ORDERED that the settlement reached is found to be just and reasonable, and entered into in good faith; and

IT IS ORDERED that American Guarantee & Liability Insurance Company be afforded all protections of Nevada Revised Statute 17.245 with the granting of this Motion;

IT IS ORDERED that General Star National Insurance Company be afforded all protections of Nevada Revised Statute 17.245 with the granting of this Motion;

IT IS FURTHER ORDERED that the allocation of proceeds as set forth by Plaintiffs in the Motion are just and reasonable, and therefore said apportionment is approved by the Court and deemed to have been made in good faith.

DATED this 20th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

THE COBEAGA LAW FIRM

By: _____
J. MITCHELL COBEAGA, ESQ.
Nevada Bar No. 0177
THE COBEAGA LAW FIRM
550 E. Charleston Blvd., Suite D
Las Vegas, Nevada 89104
Atty for Plaintiffs