1  MATTHEW L. SHARP, ESQ.
   Nevada State Bar #4746
2  Matthew L. Sharp, Ltd.
   432 Ridge Street.
3  Reno, NV 89501
   T: (775) 334-1500
4  F: (775) 284-0675

5  J. MITCHELL COBEAGA, ESQ.
   Nevada State Bar #177
6  The Cobeaga Law Firm
   550 E. Charleston Blvd., Suite D
7  Las Vegas, NV 89104
   T: (702) 240-2499
8  F: (702) 240-2489
   *Attorneys for Plaintiff*

9
                    UNITED STATES DISTRICT COURT
10
                          DISTRICT OF NEVADA
11

12 | MARSHAL S. WILLICK, individually; and )      CASE NO.   2:11-cv-01002-GMN-CWH
   | MARSHAL S. WILLICK, PROF. CORP.,     )
13 | a Nevada Professional Corporation,   )
   |                                      )
14 |              Plaintiffs,             )
   |                                      )
15 |      vs.                             )
   |                                      )
16 | AMERICAN GUARANTEE & LIABILITY       )
   | INSURANCE COMPANY, a New York        )
17 | corporation; GENERAL STAR NATIONAL   )
   | INSURANCE COMPANY; an Ohio           )
18 | corporation; and DOES I through XXX, )
   | inclusive,                           )
19 |                                      )
   |              Defendants.             )
20 | _____ )

21            **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

22

23        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their

24 respective counsel of record, that the above-captioned matter be dismissed, with prejudice,

25 ///

26 ///

27 ///

28 ///

                                      1

each party to bear their own costs and attorney's fees.

| THE COBEAGA LAW FIRM | DUANE MORRIS LLP |
|---|---|
| /s/ J. Mitchell Cobeaga<br>J. Mitchell Cobeaga, Esq.<br>550 E. Charleston Blvd., Suite D<br>Las Vegas, Nevada 89104<br>Attorney for Plaintiffs | /s/ Ryan A. Loosvelt<br>Ryan A. Loosvelt, Esq, Esq<br>100 North City Parkway, Suite 1560<br>Las Vegas, Nevada 89106<br>Attorney for American Guarantee & Liability Insurance Company |

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ Michelle M. Bracke
Michelle M. Bracke, Esq.
550 W. Adams Street, Suite 300
Chicago, IL 60661
Attorney for General Star National
Insurance Company

## ORDER

IT IS SO ORDERED.

DATED this **17th** day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

THE COBEAGA LAW FIRM

By:   /s/ J. Mitchell Cobeaga
      J. MITCHELL COBEAGA, ESQ.
      Nevada Bar No. 0177
      THE COBEAGA LAW FIRM
      550 E. Charleston Blvd., Suite D
      Las Vegas, Nevada 89104
      Atty for Plaintiff